James L. Cooke and Elsie Main Cooke, Appellants, v. Vernon R. Loucks et al., Trading as Loucks, Eckert and Peterson, Appellees.

Gen. No. 40,519.

opinion filed December 13, 1939. West & Eckhart, for appellants; John Neal Campbell, James B. Wescott and William L. Bourland, of counsel; A. J. Hennings and Willard A. Pease, for certain appellees; Malcolm McKerchar, of counsel; Tom Leeming, for certain other appellees. Opinion by JUSTICE HEBEL. ''Not to be published in full.''

Feldman Brothers Commission, Inc., Appellant, v. Western Tree Company et al., Appellees.

Gen. No. 40,718.

opinion filed December 13, 1939. Irving G. Zazove, for appellant; Oscar S. Seaver and J. Edward Jones, for appellees C. H. Robinson Company and E. J. Guldan. Opinion by JUSTICE HEBEL. ''Not to be published in full.''